### BRYAN *v.* UNIVERSITY PUB. CO.

*(Supreme Court, General Term, Second Department.* May 14, 1888.)

DYKMAN, J. This is an appeal from an order denying a motion to vacate an order for the service of the summons by publication. We think the appeal is without merit, and cannot prevail. Subdivision 1, § 438, Code Civil Proc., seems to be without limit respecting the possession of property in this state, so far as the right to the order is concerned in the first instance. The order should be affirmed, with $10 costs.